**Order entered October 7, 2021**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

### No. 05-21-00798-CV

### LACORE ENTERPRISES, LLC AND LINK BIOSCIENCES, LLC, Appellants

### V.

### CLAIRE ANGLES, MICHEAL KEARL, MICHAEL SMITH, AND THE VIRTUAL FORMULA, LLC, Appellees

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-01127-2021**

### ORDER

Before the Court is appellants' October 5, 2021 unopposed motion to extend time to file their brief on the merits. We **GRANT** the motion and extend the time to **October 26, 2021**.

/s/    CRAIG SMITH
        JUSTICE